**Dated: December 19, 2017**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT TENNESSEE**
**WESTERN DIVISION**

In re:

    ARTHUR A. LEVY,                                            Case No. 16-30281-jdl
            Debtor.                                                 Chapter 7

**ORDER AUTHORIZING AND APPROVING THE TRUSTEE'S**
**EMPLOYMENT OF JOHN OGLES, ESQ. AND VICKI L. GILLIAM, ESQ.**
**AS SPECIAL LITIGATION COUNSEL ON A CONTINGENT FEE**
**BASIS TO PURSUE NON-BANKRUPTCY CAUSES OF ACTION**

**UPON CONSIDERATION** of the application (the "Application") of Edward L. Montedonico, the duly appointed and acting chapter 7 trustee in the above referenced case ("Trustee"), pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Federal Rules of Bankruptcy Procedure 2014 and 2016, for an order authorizing and approving the employment of John Ogles, Esq., his law firm, Ogles Law Firm, P.A., (collectively, "Ogles") and his co-counsel Vicki L. Gilliam, Esq. and her law firm, the Gilliam Firm, PLLC (collectively, "Gilliam" and, with Ogles, herein, collectively referred to as "Counsel"), to serve as special litigation counsel in investigating and representing the interests of the Trustee and the debtor's bankruptcy estate in

respect of any and all claims for damages that the Trustee and the bankruptcy estate may possess against G. Adam Cossey, Hudson Potts & Bernstein, LLP, and any other unnamed potential defendants (hereinafter referred to collectively as "Defendants"), it appears to the Court that Counsel have no known conflicts of interest and that the employment of Counsel for the Trustee and the bankruptcy estate upon the terms and conditions more particularly described in the Application is necessary and would be in the best interest of the estate.

**IT IS THEREFORE ORDERED** that the Application is **GRANTED** and Ogles and Gilliam are employed to represent the Trustee as described in the Application.

**IT IS FURTHER ORDERED** that contingent fee arrangement set forth in the Application is **APPROVED** with the Court reserving approval of any and all disbursements from resolution of the anticipated litigation upon subsequent application in accordance with applicable Bankruptcy Code provisions.

**IT IS FURTHER ORDERED** that any fees earned or awarded to Counsel shall not exceed forty (40%) of any recovery and that Ogles and Gilliam shall allocate the 40% contingent fees among themselves.

**APPROVED:**

**BUTLER SNOW LLP**

/s/ James E. Bailey III
James E. Bailey III (015979)
6075 Poplar Avenue
Suite 500
Memphis, TN 38119
(901) 680-7347
(901) 680-7201 facsimile
jeb.bailey@butlersnow.com

*Attorneys for the Trustee*

## REQUEST FOR SERVICE

The undersigned hereby requests that the Clerk cause a copy of the foregoing to be served on the persons listed below upon its entry:

Debtor
Debtor's Attorney
Matrix
Trustee
United States Trustee

/s/ James E. Bailey III

39634170.v1