**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

IN RE:

ARTHUR A. LEVY,                                            Case No. 16-30281 JDL
                                                                          Chapter 7
    Debtor.

---

### MOTION TO REOPEN CASE FOR THE LIMITED PURPOSE OF ALLOWING THE CASE TRUSTEE TO FILE A NOTICE OF ABANDONMENT OF RESERVED CLAIMS AND CAUSES OF ACTION AND TO WAIVE THE REOPENING FEE

---

    COMES NOW the Chapter 7 Trustee, Lynda F. Teems, pursuant to 11 U.S.C. Section §350(b) and would show unto the Court the following:

    1.    Lynda F. Teems was appointed as Successor Trustee in the case on June 21, 2022, and is currently serving in that capacity (Doc. 137).

    2.    This case closed on July 8, 2022, upon entry of an order closing the case and reserving pending claims and causes of action as property of the estate (Doc. 138).

    3.    The case trustee desires to reopen the case for the limited purpose of filing a notice of intent to abandon the reserved claims and causes of actions which, if granted, will allow the case to be closed.

    4.    The Trustee has no funds on hand and does not anticipate receiving any funds into the estate and on that basis request a waiver of the reopening fee.

    WHEREFORE, the Chapter 7 Trustee prays that this Court enter an order reopening the case and waiving the reopening fee for the limited purpose of allowing the case trustee to file a notice of abandonment of reserved pending claims and causes of

action as property of the estate. The Trustee further prays for any other relief either general or specific which may be appropriate and to which the Trustee is entitled.

          Respectfully submitted,

          /s/ Lynda F. Teems
          Lynda F. Teems (013976)
          Chapter 7 Trustee
          5362 Republic Drive
          Memphis, Tennessee 38118-7924
          (901) 526-5555 Office
          Email: lteems1@aol.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on the following parties by electronic servicing or by placing a copy of same in the U.S. Mail, postage prepaid, this 28th day of March, 2025.

Debtor
Debtor's Attorney
U.S. Trustee
Entire Matrix

          /s/ Lynda F. Teems
          Lynda F. Teems